**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 35 WM 2017
:
Respondent :
:
:
:
v. :
:
:
:
LINCOLN DAVE LEVYS, :
:
Petitioner :

**ORDER**

**PER CURIAM**

    **AND NOW**, this 12th day of June, 2017, the Application for Leave to File Original Process and the Petition for Writ of Habeas Corpus are **DISMISSED**. *See Commonwealth v. Ali*, 10 A.3d 282 (Pa. 2010) (explaining that hybrid representation is not permitted).

    The Prothonotary is **DIRECTED** to forward the filings to counsel of record